Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT
for the
__middle__
__orange__ Division

Christopher Kibodeaux

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Dianna Morgan,
Michael Slugo

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 6:22-cv-662 RBB LHP
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [✓] Yes [ ] No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Christopher Kibodeaux
   Street Address: 4950 Samoa Circle
   City and County: Orlando, 32808
   State and Zip Code: 407
   Telephone Number:
   E-mail Address:

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Defendant No. 1
  Name: Dianner Morgan
  Job or Title (if known): Board Chair
  Street Address: 1294 Country Club Oak Circle
  City and County: Orlando   United States
  State and Zip Code: FL 32804
  Telephone Number: 407-929-9600
  E-mail Address (if known):

Defendant No. 2
  Name: David Stroney
  Job or Title (if known): CEO
  Street Address: 1414 Kuhl Ave
  City and County: Orland   United States
  State and Zip Code: Fl 32806
  Telephone Number: 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
  E-mail Address (if known):

Defendant No. 3
  Name: Ryan Zika
  Job or Title (if known): Corporate General Counsel
  Street Address: 1414 Kuhl Ave
  City and County: Orlando   United States
  State and Zip Code: Fl 32806
  Telephone Number: 321-841-7828
  E-mail Address (if known):

Defendant No. 4
  Name: Michael Dlugo
  Job or Title (if known): Attorney
  Street Address: 390 N. Orange Ave Suite 1000
  City and County: Orlando, FL 32801   United States
  State and Zip Code: Florida 32801
  Telephone Number: 407-317-2160
  E-mail Address (if known):

Christopher Kibodeaux

Plaintiff

Vs.

Ryan Zika, David Strong, Attorney Michael D lugo,

Dianna Morgan

## Introduction

Comes now before the courts Pro-se Litigant Christopher Kibodeaux who is a resident of Orlando, Florida. In which all types of illegal and unethical behavior as well as criminal acts have happened from Mr. D Lugo and Orlando health. The Defendants in which have or related to the issues at hand all reside or business work in Orlando, Fl. Orlando Health which is Location within Downtown Orlando, FL. At 1414 Kuhl Ave Orlando, fl. 32806 also employees as well as board chair was aware of illegal behavior and criminal acts from such.

Dianna Morgan at 1294 Country Club Oak Circle, Orlando. Fl. 32804 (Board Chair) who was advised of these issues from call and her assistant Kenne Kozielski who had also placed a voice mail on my phone that Dianna got my message. Ryan Zika (General Council to Orlando Health), at 1414 Kuhl Ave Orlando, FL. 32806, David Strong (CEO to Orlando Health). Which is at the same address 1414 Kuhl Ave. Orlando, Fl. 32806 and The Attorney in which is defending them Michael D Lugo which office are in Orlando, Fl. (wicker and smith 390 N. Orange Ave. Suite 1000 Orlando, FL. 32801.) Who has ill advised there clients not to show up for the deposition in which he advised them I had offered them a protective order which was not offered nor given.

I was a patient at Orlando Health in which had a revision on my spine by Robert Hirschl a practicing doctor and rights to Orlando health. Several months after he did his work, I was involved in a car accident. He didn't care to listen to my concerns and needs and I had office manager sign a letter. I was unethically discharged after that as I tried to call and make a appointment to get a back brace in which I was advised I was discharged. That's when Orlando Health took more drastic measures after I filed internal complaints and got to Joshua Montemayor. I was advised that after speaking with the doctor I tried to extort the doctor for $450,000 or I was going to file complaints. I filed a police report with OPD and then started to notify Orlando Health about my issues and concerns more.

They were advised I would be protesting off property but again tried to intimidate myself by calling police on me banning me from "all" locations with many employees around my car as well when I got to my car where it was parked. I eventually had made my way to contacting Dianna Morgan the Board chair to Orlando Health her assistant as well as Laurn Raspberry their inhouse counsel to the facility.

During such time I have filed a civil lawsuit as well as filed in federal court was allowed to take out and refiling with new documentations in which have caused a diagnose of PTSD as well as other mental and physical damages in which the parties owed a duty of care as well as the attorney from a professional level should have offered their clients and myself. I have offered Mr. D lugo a few times to settle this case as well but he has refused such and to admit who legally Lauren is responsible for under oath.

## Jurisdiction

Given that all parties involved live and work in Orlando, FL. That the Middle District Federal Courts are Proper Jurisdiction with the courts. The Federal Questions jurisdiction of the district courts also encompasses cause of action created by Federal statues, such as 42 U.S.C. SS 1983 which explicitly authorizes a private remedy for acts that are taken under color of state law and violate rights secured by federal law.12 in such cases, federal law both creates the cause of action supplying the underlying substantive rules that govern defendants conduct, and authorizes plaintiffs to enforce the rights created.

## The Claim

Id. SS 6,16 Stat. at 141 ( current version at 18 U.S.CSC SS 241(1976), provided in relevant part: that if two more persons shall band or conspire together, or go in disguise upon the public highway or upon premises of another, with intent to violate any provision of this act, to ingure,oppress,threaten, intimidate any citizen with intent to prevent or hinder his free exercise and enjoyment of any right or privilege granted or secured to him by the Constitution or laws of the United States, or because if his having exercised the same, such persons shall be held guilty of felony,. Abd shall, moreover, thereafter ineligible to, and disable from holding any office or place of honor,profit,or trust created by the Constitution or laws of the United States.

Orlando Health as well as Board and attorney have of High Importance roles and in a non for profit as well as a public office holding have acted unethical and criminal as well caused Mr. Kibodeaux to suffer from PTSD as well as have mental and emotional as well as other issues in which they was aware of illegal behavior. They attorney knew I was protesting as well.

In Maine v. Thiboutot,2 the Supreme Court held that the phrase "and laws" in section 1983 should read literally, so as to create a private cause of action against a state official for violation of federal statue providing for Aid to Families with Dependent Children("AFDC"). A beneficiary of the AFDC program was thus entitled to bring suit in state or federal court to require state compliance with federal statue, even though that statue was silent on the subject of private enforcement and though congress had authorization the Department Health and Human Services to enforce the statues against the states. If applied generally the results in Thiboutot would mean that section 1983 creates a federal cause of action against any state official who has violated any federal law. Such a result would go far toward converting section 1983 into counterpart of the Administration Protective Act(APA) binding state officials to the terms of federal law and creating a federal judicial remedy for both damages and injunctive relief whenever federal law has been violated.

Orlando health being a Non for Profit is under federal rules and regulation. I had informed both ACHA as well the dept of health but nothing was essentially done. Orlando health's employees knew I was going to be off property protesting as well as I had filed the complaint with OPD. Given that statue and rules it does allow the plaintiff to have a cause of action against the named defendants as well from state and federal levels. The negligence Orlando Health have caused and will continue to suffer from such acts from Orlando health and the Attorney who was overseeing such case. They called the OPD with more then one employee stating I was "looting " or sitting in my car, while another say I was protesting from statement of Officer Strecker. They had thought and implemented the Extortion claim from when I called and started to file complaints internal as well as to stop or suppress me from using my First Amendment Rights as well with

retaliation and intimidation. When they have several employees surround my car while I was being trespassed.

First, the private cause of action, which had previous been limited to constitutional violations, was altered to prove cause of action for deprivation of rights. "Secured by the Constitution and laws." New Section 1979 was thus substantially identical to current section of 1983.

Second, the provision making it a misdemeanor to deprive person of certain statutorily specified rights was significantly modified. New section 5510 provided that it would be a crime to deprive any person, not of those specifically enumerated rights, but of rights,priviliges or immunities "secured or protected by the constitution and laws of the United States. '87 third, I section 5508 of Revised Statues, the revisers retained in substantially identical form the provision making it a crime to conspire to deprive any person of constitutional of statutory rights 38 Fourth, the various jurisdictional provision were consolidated and divided into two parts. The provision covering the district courts-section 5630(12)- applied to constitutional rights and "any right secured by and law providing for equal rights.

Federal Rico Act

Orlando Health and the Board Chair as well as Mr. D Lugo has been a huge part in illegal acts that have continued from doctors to now patients.

SS 1961 Definitions

(1) Racketeering activity means (A) any act or threat involving murder, kidnapping, gambling,arson,robbery, bribery, extortion, dealing in obscene matter, or dealing in controlled substance or listed chemical( as defined in section 102 if the controlled

substance act), which is chargeable under State Law and punishable by imprisonment for more than one year; section 1510

(2) Relating to obstruction of criminal investigation section 1511, relating to the obstruction of state or local law enforcement. Section 1512 relating to tampering with a witness, victim or and informant. Section 1513 relating to retaliation against a witness, victuim, or informant.

(3) Section 1951 relating to interference with commerce, robbery or extortion.

(4) State means any State of the United States, the district of Columbia, the Commonwealth of Puerto Rico, any territory or possession of the United States, any political subdivision, or any department, agency or instrumental thereof;

(5) Person includes any individual or entity capable of holding a legal beneficial interest in the property;

(6) Enterprise includes any individual, partnership, corporation, association or other legal entity, and any union or group of individuals associated in fact although not a legal entity;

Orlando health as well as the Board Chair and Mr. D Lugo have held this in courts for over a year while the plaintiff was and is willing to settle. There acts of extortion was reported an the company and employees retaliated against Mr. kibodeaux who was also the informant of such acts. All acts were reported to state and federal agency which Mr. D Lugo has and was aware of all issues at hand as well and Ms. Morgan board Chair. Again, Orlando health has a repeated pattern shown from Union Starts which nurses filed complaints to doctors who was retaliated against for unethical behavior to now patients

dealing with illegal behavior and acts that are have continued with Orlando Health and internal.

## **Demand**

Wherefore, Christopher Kibodeaux demands Orlando health, Dianna Morgan and Mr. D lugo pay the damages in which Mr. Kibodeaux was ill-fully retaliated against, Orlando health maliciously calculated the extortion claims as well as continued a path of illegal behaviors from Mr. D Lugo causing mental, emotional as well as physical damages and had to being under the care of a psychotherapist in amount of damages of $50,000,000. $25,000,000. For Orlando Health and $25,000,000. From Mr. D Lugo "the emotional distress this will be a life time. For such relief to which plaintiff is entitled at law or equity. Federal Rule of Civil Procedure 54(c)

Chris Kibodeaux
4950 Samoa Circle
Orlando, Fl 32808
407-953-9706