**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CHRISTOPHER KIBODEAUX,

     Plaintiff,

v.                                                                    Case No. 6:22-cv-662-RBD-LHP

DIANNA MORGAN; DAVID
STRONG; RYAN ZIKA; and
MICHAEL D. LUGO,

     Defendants.

_____

**<u>ORDER</u>**

Before the Court is Defendants' Motion to Dismiss Plaintiff's Complaint With Prejudice. (Doc. 22 ("Motion").) The Motion is due to be denied without prejudice because it lacks a certification that the parties conferred. *See* Local Rule 3.01(g). Before filing most motions, Defendants must confer with the opposing side regarding the content of the motion, and if the issue cannot be resolved or is resolved only in part, Defendants must inform the Court of this in the motion. *See id.* Defendants failed to follow this procedure here.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendants' Motion (Doc. 22) is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 25, 2022.



ROY B. DALTON JR.
United States District Judge

Copies:
*Pro se* Plaintiff Christopher Kibodeaux