# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CHRISTOPHER KIBODEAUX,

    Plaintiff,

v.                                            Case No. 6:22-cv-662-RBD-LHP

DIANNA MORGAN; DAVID
STRONG; RYAN ZIKA; and
MICHAEL D. LUGO,

    Defendants.
_____

## ORDER

Plaintiff filed a *pro se* Complaint stemming from his disagreement with medical treatment he received at Orlando Health. (Doc. 1.) This is the third of a series of suits Plaintiff has filed against different individuals and entities on these same grounds. (*See* Doc. 26, pp. 1–4.) Plaintiff also moved to proceed *in forma pauperis* ("IFP") twice. (Doc. 20 ("First IFP"); Doc. 21 ("Second IFP").) Defendants then moved to dismiss the Complaint. (Doc. 24 ("MTD").) On referral, U.S. Magistrate Judge Leslie Hoffman Price recommends denying the Second IFP without prejudice, the First IFP as moot, and the MTD as moot. (Doc. 26 ("R&R").) Judge Hoffman Price also recommends dismissing the Complaint without prejudice for failure to state a claim. (*Id.* at 7.)

The deadline has passed and there were no objections, so the Court

examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety. The Court will allow Plaintiff one more opportunity to correct the deficiencies in his Complaint.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 26) is **ADOPTED**, **CONFIRMED**, and made a part of this Order in its entirety.

2. Plaintiff's First IFP (Doc. 20) is **DENIED AS MOOT**.

3. Plaintiff's Second IFP (Doc. 21) is **DENIED WITHOUT PREJUDICE**.

4. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

5. By **Monday, December 12, 2022**, Plaintiff may file an amended complaint and an amended IFP motion. Failure to timely file or adequately address the deficiencies described in the R&R will result in the Court closing the file.

6. Defendants' MTD (Doc. 24) is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 28, 2022.



ROY B. DALTON JR.
United States District Judge

Copies:
*Pro se* Plaintiff Christopher Kibodeaux