UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER KIBODEAUX,

    Plaintiff,

v.                                    Case No: 6:22-cv-662-RBD-LHP

DIANNA MORGAN, DAVID
STRONG, RYAN ZIKA and
MICHAEL D. LUGO,

    Defendants.
_____

## ORDER

This cause is before the Court *sua sponte*. Plaintiff's Amended Complaint was due on Monday, December 12, 2022, but none was filed (Doc. 27). As such, the Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 19, 2022.



ROY B. DALTON JR.
United States District Judge

-2-